```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:08CR3179
                               )
      v.                       )
                               )
CARRIE ANN WENDLAND,           )            ORDER
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

Pretrial Services shall have the defendant screened for admission into an inpatient treatment program, and shall advise the court when she can be admitted.

DATED this 9th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge