IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:08CR3179 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | MOTION TO EXTEND SELF |
| | ) | SURRENDER DATE |
| CARRIE ANN WENDLAND, | ) | |
| | ) | |
| Defendant. | ) | |

Carrie Ann Wendland by and through her attorney has filed a motion, supported by a letter from the Santa Monica treatment program seeking to extend the date after which she shall be required to self surrender to the Bureau of Prisons for service of her sentence. Good cause appears for this request and accordingly,

IT IS ORDERED that said motion is granted and Carrie Ann Wendland is granted an additional 60 days before she shall be required to surrender herself as directed by the Bureau of Prisons. During this period her order concerning conditions of pretrial release shall remain in full force and effect. The Clerk is directed to notify the Marshall. The Marshall is requested to notify the Bureau of Prison of the new date for self surrender.

/s/ Richard Kopf

July 30, 2009
Date

United States District Judge