IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>CARRIE ANN WENDLAND,<br><br>     Defendant. | 4:08CR3179<br><br>ORDER |

IT IS ORDERED:

1) The defendant's motion for temporary release, (filing no. 89), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to attend a screening interview, scheduled to begin at 1:00 p.m. on Friday, May 8, 2015, at Campus for Hope in Omaha, Nebraska. The Defendant is not permitted to go anywhere other than directly from federal custody to Campus for Hope, and then returning directly to federal custody. Transportation will be provided by Defendant's counsel or his office.

3) The defendant shall arrive at Campus for Hope by 1:00 p.m. on May 8, 2015. The Federal Public Defender shall coordinate with the Marshal regarding whether the defendant will be picked up from, and returned to, the Lincoln holding area or the Saline County Jail for timely transport to and from Campus for Hope.

May 1, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge