IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3179 |
| | ) | |
| V. | ) | |
| | ) | |
| CARRIE ANN WENDLAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the hearing scheduled for Tuesday, May 12, 2015 is rescheduled for approximately 90 days. The lawyers should contact my judicial assistant on Tuesday, May 12, 2015 to reschedule.

DATED this 8th day of May, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge