IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>CARRIE ANN WENDLAND,<br><br>                Defendant. | 4:08CR3179<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 93), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Campus for Hope and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Campus for Hope facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at Campus for Hope by 1:00 p.m. on May 18, 2015. The Federal Public Defender shall coordinate with the Marshal regarding whether the defendant will be picked up from the Lincoln holding area or the Saline County Jail for timely transport to Campus for Hope.

May 13, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge